UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                CASE NO.: 23-14109
                                                                         CHAPTER 13

Victor Hugo Trochez,
     Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**6409 CONGRESS AVENUE, SUITE 100**
**BOCA RATON, FL 33487**

                                             Robertson, Anschutz, Schneid, Crane &
                                             Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             6409 Congress Avenue, Suite 100
                                             Boca Raton, FL 33487
                                             Telephone: 470-321-7112

                                             By: /s/Christopher Salamone
                                                  Christopher Salamone
                                                  Email: csalamone@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

VICTOR HUGO TROCHEZ
11531 NW 76 ST
MIAMI, FL 33178

And via electronic mail to:

JOSE A. BLANCO, P.A.
102 E 49TH ST
HIALEAH, FL 33013

NANCY K. NEIDICH
WWW.CH13MIAMI.COM POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130

By: /s/ Angela Gill